**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **AHMAD WILEY** | : | **DOCKET NO. 2:21-cv-1722** |
| **D.O.C.. # 712173** | | **SECTION P** |
| | | |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| | | |
| **KEITH COOLEY, ET AL** | : | **MAGISTRATE   JUDGE** |
| **KAY** | | |

## FINAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Unopposed Motion to Dismiss (doc. 20) be **GRANTED** and Wiley's action be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 11th day of July, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**